# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY M. ALEJANDRE; and DAVID GONZALEZ II as Co-Successors-in-Interest to Decedent David Gonzalez III,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>COUNTY OF SAN JOAQUIN, a municipal corporation; and DOES 1-50, inclusive, individually and in their official capacity as Sheriff's Deputies for the San Joaquin County Sheriff's Department,<br><br>　　　　　　Defendants. | CASE NO.: 2:19-cv-00233-WBS-KJN<br><br>ORDER |

　　Pursuant to plaintiff's request (Docket No. 23), IT IS HEREBY ORDERED that the Scheduling Conference in civil action number 2:19-cv-00233-WBS-KJN styled Cindy Alejandre v. County of San Joaquin, et al., is hereby continued from 1:30 p.m., Monday, September 30, 2019 to 1:30 p.m., Monday, December 9, 2019.  A joint status report shall be filed no later than November 25, 2019.

Dated:  September 19, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

- 1 -