Gregory B. Thomas (SBN 239870)
E-mail: gthomas@bwslaw.com
Michael A. Slater (SBN 318899)
E-mail: mslater@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1901 Harrison Street, Suite 900
Oakland, CA 94612-3501
Tel: 510.273.8780  Fax: 510.839.9104

Attorneys for Defendant
COUNTY OF SAN JOAQUIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY M. ALEJANDRE; and DAVID GONZALEZ II as Co-Successors-in-Interest to Decedent David Gonzalez III,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN JOAQUIN, a municipal corporation; and DOES 1-50, inclusive, individually and in their official capacity as Sheriff's Deputies for the San Joaquin County Sheriff's Department,<br><br>Defendants. | Case No. 2:19-cv-00233-WBS-KJN<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR COUNTY OF SAN JOAQUIN TO RESPOND TO THE THIRD AMENDED COMPLAINT PURSUANT TO EASTERN DISTRICT LOCAL RULE 144(a)** |

Plaintiffs CINDY M. ALEJANDRE and DAVID GONZALEZ II (collectively "Plaintiffs") and Defendant County of San Joaquin (the "County"), by and through their attorneys of record in the above-captioned matter, hereby stipulate and agree that:

WHEREAS, Plaintiffs filed a Third Amended Complaint on March 30, 2020 (Dkt. No. 37);

WHEREAS, the County's responsive pleading is presently due on April 13, 2020;

WHEREAS, the County is facilitating the delivery of Waivers of the Service of Summons to the individual defendants recently-named in Plaintiffs' Third Amended Complaint;

WHEREAS, in light of the ongoing issues related to COVID-19, the County will be unable to prepare its responsive pleading by April 13, 2020;

WHEREAS, Local Rule 144(a) of the United States District Court for the Eastern District of California provides that the parties may stipulate to extend time for responding to a complaint without leave of Court so long as all parties affected by the extension consent and the extension is no longer than 28 days;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, the County shall file its responsive pleading by April 30, 2020.

**IT IS SO STIPULATED.**

Dated: April 10, 2020          LAW OFFICES OF JOHN L. BURRIS

By: */s/ K. Chike Odiwe*
    John L. Burris
    Dewitt M. Lacy
    K. Chike Odiwe
    Attorneys for Plaintiffs
    CINDY M. ALEJANDRE and
    DAVID GONZALEZ II

Dated: April 10, 2020          BURKE, WILLIAMS & SORENSEN, LLP

By: */s/ Michael S. Slater*
    Gregory B. Thomas
    Michael A. Slater
    Attorneys for Defendant
    COUNTY OF SAN JOAQUIN

Under Eastern District of California Civil Local Rule 131(e) (Fed. R. Civ. P. 7), I attest that I obtained concurrence in the filing of this document from all of the above signatories.

Dated: April 10, 2020          BURKE, WILLIAMS & SORENSEN, LLP

By: */s/ Michael A. Slater*
    Gregory B. Thomas
    Michael A. Slater
    Attorneys for Defendant
    COUNTY OF SAN JOAQUIN

# ORDER

The Court, having duly considered the parties stipulation set forth above, and good cause appearing, orders as follows:

The County's deadline to file a responsive pleading to Plaintiff's Third Amended Complaint is extended to April 30, 2020.

**IT IS SO ORDERED.**

Dated: April 10, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

OAK #4818-4373-2665 v1