Gregory B. Thomas (SBN 239870)
E-mail: gthomas@bwslaw.com
Michael A. Slater (SBN 318899)
E-mail: mslater@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1901 Harrison Street, Suite 900
Oakland, CA 94612-3501
Tel: 510.273.8780   Fax: 510.839.9104

Attorneys for Defendants COUNTY OF SAN JOAQUIN, STEVEN BAXTER, MATTHEW FELBER, CHUE VANG, JASON ROHDENBURG and BARBARA GOEMAN (collectively "SAN JOAQUIN COUNTY DEFENDANTS")

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY M. ALEJANDRE; and DAVID GONZALEZ II as Co-Successors-in-Interest to Decedent David Gonzalez III,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN JOAQUIN, a municipal corporation; STEVEN BAXTER, individually and in his capacity as a Sheriff's deputy for the COUNTY OF SAN JOAQUIN Sheriff's Department; MATTHEW FELBER, individually and in his capacity as a Sheriff's deputy for the COUNTY OF SAN JOAQUIN Sheriff's Department; CHUE VANG, individually and in his capacity as a Sheriff's deputy for the COUNTY OF SAN JOAQUIN Sheriff's Department; JASON ROHDENBURG, individually and in his capacity as a Sheriff's deputy for the COUNTY OF SAN JOAQUIN Sheriff's Department; BARBARA GOEMAN and DOES 1-25, inclusive, individually and in their official capacity as Sheriff's Deputies for the COUNTY OF SAN JOAQUIN Sheriff's Department,<br><br>Defendants. | Case No.   2:19-cv-00233-WBS-KJN<br><br>**STIPULATION TO SET CASE FOR SETTLEMENT CONFERENCE BEFORE THE HON. KENDALL J. NEWMAN; ORDER**<br><br>**[Eastern District Local Rule 270]**<br><br>Complaint Filed:  February 7, 2019<br>Trial Date:           May 4, 2021 |

1    IT IS HEREBY STIPULATED by and between the parties to this action, Plaintiffs CINDY M. ALEJANDRE and DAVID GONZALEZ II on the one hand, and Defendants COUNTY OF SAN JOAQUIN, STEVEN BAXTER, MATTHEW FELBER, CHUE VANG, JASON ROHDENBURG and BARBARA GOEMAN on the other, by and through their designated counsel, pursuant to Eastern District of California Local Rule 270, that this case be set for a Settlement Conference at the earliest available date before Magistrate Judge, Kendall J. Newman.

**IT IS SO STIPULATED.**

Dated:  July 15, 2020                                              BURKE, WILLIAMS & SORENSEN, LLP


By:  */s/ **Michael A. Slater***
     Gregory B. Thomas
     Michael A. Slater
     Attorneys for Defendants COUNTY OF SAN JOAQUIN, STEVEN BAXTER, MATTHEW FELBER, CHUE VANG, JASON ROHDENBURG and BARBARA GOEMAN


Dated:  July 15, 2020                                              LAW OFFICES OF JOHN L. BURRIS


By:  */s/ **DeWitt M. Lacy***
     John L. Burris
     Dewitt M. Lacy
     K. Chike Odiwe
     Attorneys for Plaintiffs
     CINDY M. ALEJANDRE and
     DAVID GONZALEZ II

/ / /

/ / /

/ / /

/ / /

/ / /

Under Eastern District of California Civil Local Rule 131(e) (Fed. R. Civ. P. 7), I attest that I obtained concurrence in the filing of this document from all of the above signatories.

Dated: July 15, 2020

BURKE, WILLIAMS & SORENSEN, LLP

By: */s/ Michael A. Slater*
    Gregory B. Thomas
    Michael A. Slater
    Attorneys for Defendants COUNTY OF SAN JOAQUIN, STEVEN BAXTER, MATTHEW FELBER, CHUE VANG, JASON ROHDENBURG and BARBARA GOEMAN

**ORDER**

The court is in receipt of the parties' stipulation setting case for settlement conference before Judge Kendall J. Newman. The Settlement Conference is hereby SET for **September 16, 2020 at 9:00 am** in Courtroom 25 of the Robert T. Matsui United States Courthouse, 501 I Street, Sacramento, CA  95814, before Judge Kendall J. Newman.  Each party is directed to have a principal capable of disposition at the Settlement Conference or to be fully authorized to settle the matter on any terms at the Settlement Conference.  Each party is further directed to submit via email to KJNorders@caed.uscourts.gov a confidential settlement conference statement no later than 12:00 PM (Noon) on **September 9, 2020**.  Such statements are not to be filed with the clerk, although the parties may agree, or not, to serve each other with the settlement statements.  However, each party shall e file a one-page document entitled "Notice of Submission of Confidential Settlement Conference Statement."   If the settlement judge is not the trial judge, the Confidential Settlement Conference Statement shall not be disclosed to the trial judge.   The parties are further required to file a waiver of disqualification as to Magistrate Judge Newman within 7 days from the date of this Order, and pursuant to Local Rule 270(b), since this judge  is also the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated:  July 22, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

OAK #4848-3695-3794 v1