1   Gregory R. Aker (SBN 104171)
          E-mail: gaker@bwslaw.com
2   Gregory B. Thomas (SBN 239870)
          E-mail: gthomas@bwslaw.com
3   Michael A. Slater (SBN 318899)
          E-mail: mslater@bwslaw.com
4   BURKE, WILLIAMS & SORENSEN, LLP
    1901 Harrison Street, Suite 900
5   Oakland, CA  94612-3501
    Tel:  510.273.8780   Fax:  510.839.9104
6
    Attorneys for Defendants COUNTY OF SAN
7   JOAQUIN, STEVEN BAXTER, MATTHEW
    FELBER, CHUE VANG, JASON ROHDENBURG
8   and BARBARA GOEMAN (collectively "SAN
    JOAQUIN COUNTY DEFENDANTS")
9
                    UNITED STATES DISTRICT COURT
10
                    EASTERN DISTRICT OF CALIFORNIA
11

12   CINDY M. ALEJANDRE; and DAVID           Case No.   2:19-cv-00233-WBS-KJN
     GONZALEZ II as Co-Successors-in-Interest
13   to Decedent David Gonzalez III,          **STIPULATION RESETTING
                                              SETTLEMENT CONFERENCE;
14                                            WAIVING DISQUALIFICATION OF
                                              SETTLEMENT THE HON. KENDALL J.
15               Plaintiffs,                  NEWMAN; AND EXTENDING EXPERT
                                              DESIGNATION AND REBUTTAL
16   v.                                       DEADLINES; ORDER**

17   COUNTY OF SAN JOAQUIN, a
     municipal corporation; STEVEN
18   BAXTER, individually and in his capacity  Complaint Filed:  February 7, 2019
     as a Sheriff's deputy for the COUNTY OF   Trial Date:            May 4, 2021
19   SAN JOAQUIN Sheriff's Department;
     MATTHEW FELBER, individually and in
20   his capacity as a Sheriff's deputy for the
     COUNTY OF SAN JOAQUIN Sheriff's
21   Department; CHUE VANG, individually
     and in his capacity as a Sheriff's deputy for
22   the COUNTY OF SAN JOAQUIN
     Sheriff's Department; JASON
23   ROHDENBURG, individually and in his
     capacity as a Sheriff's deputy for the
24   COUNTY OF SAN JOAQUIN Sheriff's
     Department; BARBARA GOEMAN and
25   DOES 1-25, inclusive, individually and in
     their official capacity as Sheriff's Deputies
26   for the COUNTY OF SAN JOAQUIN
     Sheriff's Department,
27
                 Defendants.
28

BURKE, WILLIAMS &
  SORENSEN, LLP
 ATTORNEYS AT LAW
    OAKLAND

OAK #4829-7153-4281 v1                    - 1 -          STIPULATION RE SETTLEMENT
                                                        CONFERENCE, DISQUALIFICATION
                                                        WAIVER & EXPERT DESIGNATION

1    WHEREAS, the Court previously granted Plaintiff CINDY M. ALEJANDRE, Plaintiff

2    DAVID GONZALEZ II (collectively "Plaintiffs") and Defendants COUNTY OF SAN JOAQUIN,

3    STEVEN BAXTER, MATTHEW FELBER, CHUE VANG, JASON ROHDENBURG and

4    BARBARA GOEMAN's (collectively "Defendants") (altogether collectively "the parties")

5    stipulation to set this case for Settlement Conference on September 16, 2020, before the Hon.

6    Kendall J. Newman (Dkt. 45);

7    WHEREAS, the parties have engaged in extensive written and oral discovery to prepare

8    this case for the Settlement Conference;

9    WHEREAS, Defendants have served twenty-three (23) subpoenas to third-party witnesses,

10   many of whom are medical entities whose responses are delayed and remain outstanding likely due

11   to COVID-19;

12   WHEREAS, during the August 26, 2020 deposition of Plaintiff Cindy Alejandre, it became

13   apparent that Defendants needed to serve additional subpoenas to obtain records necessary for

14   Defendants' experts to review prior to the September 16, 2020 settlement conference and the

15   September 18, 2020 Expert Designation deadline (Dkt. 34);

16   WHEREAS, several discovery disputes have arisen between the parties since the Court

17   granted the parties' stipulation to set this case for a Settlement Conference on September 16, 2020;

18   WHEREAS, the parties are meeting and conferring regarding all outstanding discovery

19   disputes and are optimistic that all outstanding discovery disputes will be resolved without need for

20   court-convened discovery resolution;

21   WHEREAS, on August 17, Plaintiffs filed a motion to file a Fourth Amended Complaint

22   (Dkt. 47);

23   WHEREAS, if Plaintiffs' motion to file a Fourth Amended Complaint is granted, Plaintiffs

24   may desire to depose the additional defendants named therein before engaging in settlement

25   discussions;

26   WHEREAS, resolution of all outstanding discovery disputes, obtaining all subpoenaed

27   documents, and conducting the depositions of any newly-added individual defendants in Plaintiffs'

28   Fourth Amended Complaint are conditions precedent to the parties' damages analyses and

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

OAK #4829-7153-4281 v1                    - 2 -

STIPULATION RE SETTLEMENT
CONFERENCE, DISQUALIFICATION
WAIVER & EXPERT DESIGNATION

1    meaningful participation in settlement discussions;

2         WHEREAS, the parties agree that continuing the September 16, 2020 settlement

3    conference, the September 18, 2020 Expert Designation deadline, and the October 16, 2020 Expert

4    Rebuttal deadline (Dkt. 34) are necessary and in the interest of justice;

5         WHEREAS, there are no alternative means by which the parties can address the issues that

6    give rise to the parties' request to continue the September 16, 2020 settlement conference, the

7    September 18, 2020 Expert Designation deadline, and the October 16, 2020 Expert Rebuttal

8    deadline;

9         WHEREAS, all motions (except motions for continuances, temporary restraining orders, or

10   other emergency applications) shall be filed on or before December 21, 2020 (Dkt. 34);

11        WHEREAS, a Final Pretrial Conference is set for March 1, 2021 (Dkt. 34);

12        WHEREAS, Trial is set for May 4, 2021 (Dkt. 34);

13        WHEREAS, continuing the September 16, 2020 Settlement Conference to December 14,

14   2020; continuing the September 18, 2020 Expert Designation deadline to November 20, 2020; and

15   continuing the October 16, 2020 Expert Rebuttal deadline to December 18, 2020, will not impact

16   the May 4, 2021 Trial date or pretrial case deadlines;

17        WHEREAS, on August 31, 2020, counsel for Defendants emailed Ms. Alexandra Waldrop,

18   Courtroom Deputy to Hon. Kendall J. Newman, regarding the parties' desire to continue the

19   September 16, 2020 settlement conference and the September 18, 2020 Expert Designation

20   deadline;

21        WHEREAS, Ms. Alexandra Waldrop indicated that Hon. Kendall J. Newman is available

22   for a Settlement Conference on December 10, 2020 at 9:00 a.m. and on December 14, 2020 at 9:00

23   a.m.;

24        **WHEREFORE**, the parties agree and hereby stipulate, pursuant to Eastern District of

25   California Local Rule 270, that this case be set for a Settlement Conference before Hon. Kendall J.

26   Newman at 9:00 a.m. on December 14, 2020, in Courtroom 25 (KJN), and that the previously-

27   scheduled September 16, 2020 Settlement Conference before Hon. Kendall J. Newman be taken

28   off calendar;

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

OAK #4829-7153-4281 v1                     - 3 -                    STIPULATION RE SETTLEMENT
                                                                   CONFERENCE, DISQUALIFICATION
                                                                   WAIVER & EXPERT DESIGNATION

1      **WHEREFORE**, the parties agree and hereby stipulate to allow Hon. Kendall J. Newman

2   to act as settlement judge and to waive disqualification of Hon. Kendall J. Newman by virtue of

3   him presiding over the Settlement Conference;

4      **WHEREFORE**, the parties agree and hereby stipulate that the Expert Designation deadline

5   presently set for September 18, 2020 be extended to November 20, 2020 to coincide with the

6   November 20, 2020 fact discovery cutoff (Dkt. 34);

7      **WHEREFORE**, the parties agree and hereby stipulate that the Expert Rebuttal deadline

8   presently set for October 16, 2020 (Dkt. 34) be extended to December 18, 2020, to follow the

9   parties' proposed stipulated December 14, 2020 Settlement Conference;

10      **IT IS SO STIPULATED**

11

12   Dated:  September 2, 2020                    BURKE, WILLIAMS & SORENSEN, LLP

13

14                                              By:  */s/ Michael A. Slater*
                                                    Gregory R. Aker
15                                                   Gregory B. Thomas
                                                    Michael A. Slater
16                                                   Attorneys for Defendants COUNTY OF
                                                    SAN JOAQUIN, STEVEN BAXTER,
17                                                   MATTHEW FELBER, CHUE VANG,
                                                    JASON ROHDENBURG and BARBARA
18                                                   GOEMAN

19   Dated:  September 2, 2020                    LAW OFFICES OF JOHN L. BURRIS

20

21                                              By:  */s/ DeWitt M. Lacy*
                                                    John L. Burris
22                                                   Dewitt M. Lacy
                                                    K. Chike Odiwe
23                                                   Attorneys for Plaintiffs
                                                    CINDY M. ALEJANDRE and
24                                                   DAVID GONZALEZ II

25

26

27

28      Under Eastern District of California Civil Local Rule 131(e) (Fed. R. Civ. P. 7), I attest that

BURKE, WILLIAMS &
SORENSEN, LLP         OAK #4829-7153-4281 v1              - 4 -
ATTORNEYS AT LAW
OAKLAND

STIPULATION RE SETTLEMENT
CONFERENCE, DISQUALIFICATION
WAIVER & EXPERT DESIGNATION

1    I obtained concurrence in the filing of this document from all of the above signatories.

2

3    Dated:  September 2, 2020                    BURKE, WILLIAMS & SORENSEN, LLP

4                                                 By:   */s/ Michael A. Slater*
5                                                       Gregory R. Aker
                                                        Gregory B. Thomas
6                                                       Michael A. Slater
                                                        Attorneys for Defendants COUNTY OF
7                                                       SAN JOAQUIN, STEVEN BAXTER,
                                                        MATTHEW FELBER, CHUE VANG,
8                                                       JASON ROHDENBURG and
                                                        BARBARA GOEMAN

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

OAK #4829-7153-4281 v1                    - 5 -          STIPULATION RE SETTLEMENT
                                                        CONFERENCE, DISQUALIFICATION
                                                        WAIVER & EXPERT DESIGNATION

**ORDER**

The court is in receipt of the parties' stipulation (1) setting case for Settlement Conference before Hon. Kendall J. Newman; (2) waiving disqualification of Hon. Kendall J. Newman by virtue of him presiding over the Settlement Conference; (3) extending the Expert Designation deadline to November 20, 2020; and (4) extending the Expert Rebuttal deadline to December 18, 2020.

The Settlement Conference is hereby **SET** for **December 14, 2020 at 9:00 am** in Courtroom 25 of the Robert T. Matsui United States Courthouse, 501 I Street, Sacramento, CA 95814, before Hon. Kendall J. Newman. The parties are instructed to have a principal with full settlement authority present for the settlement conference or to be fully authorized to settle the matter on any terms. The individual with full settlement authority to settle must also have unfettered discretion and authority to change the settlement position of the party, if appropriate. The purpose behind requiring attendance of a person with full settlement authority is that the parties view of the case may be altered during the face to face conference. An authorization to settle for a limited dollar amount or sum certain can be found not to comply with the requirement of full authority to settle. The parties are directed to exchange non-confidential settlement conference statements seven days prior to the settlement conference. These statements shall be simultaneously delivered to the Court using the following email address: kjnorders@caed.uscourts.gov. These statements should not be filed on the case docket. However, each party shall e-file a one-page document entitled "Notice of Submission of Non-Confidential Settlement Conference Statement." If the settlement judge is not the trial judge, the Non-Confidential Settlement Conference Statement shall not be disclosed to the trial judge. If a party desires to share additional confidential information with the Court, they may do so pursuant to the provisions of Local Rule 270(d) and (e).

The Expert Designation deadline previously set for September 18, 2020, is **RESET** for November 20, 2020.

The Expert Rebuttal deadline previously set for October 16, 2020, is **RESET** for December 18, 2020.

////

////

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

OAK #4829-7153-4281 v1

- 6 -

STIPULATION RE SETTLEMENT
CONFERENCE, DISQUALIFICATION
WAIVER & EXPERT DESIGNATION

1        **IT IS SO ORDERED.**

2    Dated:  September 2, 2020

3

4                                            KENDALL J. NEWMAN
                                             UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

OAK #4829-7153-4281 v1                    - 7 -

STIPULATION RE SETTLEMENT
CONFERENCE, DISQUALIFICATION
WAIVER & EXPERT DESIGNATION