Gregory R. Aker (SBN 104171)
E-mail: gaker@bwslaw.com
Gregory B. Thomas (SBN 239870)
E-mail: gthomas@bwslaw.com
Michael A. Slater (SBN 318899)
E-mail: mslater@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1901 Harrison Street, Suite 900
Oakland, CA 94612-3501
Tel: 510.273.8780   Fax: 510.839.9104

Attorneys for Defendants COUNTY OF SAN JOAQUIN, STEVEN BAXTER, MATTHEW FELBER, CHUE VANG, JASON ROHDENBURG and BARBARA GOEMAN (collectively "SAN JOAQUIN COUNTY DEFENDANTS")

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY M. ALEJANDRE; and DAVID GONZALEZ II as Co-Successors-in-Interest to Decedent David Gonzalez III,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN JOAQUIN, a municipal corporation; STEVEN BAXTER, individually and in his capacity as a Sheriff's deputy for the COUNTY OF SAN JOAQUIN Sheriff's Department; MATTHEW FELBER, individually and in his capacity as a Sheriff's deputy for the COUNTY OF SAN JOAQUIN Sheriff's Department; CHUE VANG, individually and in his capacity as a Sheriff's deputy for the COUNTY OF SAN JOAQUIN Sheriff's Department; JASON ROHDENBURG, individually and in his capacity as a Sheriff's deputy for the COUNTY OF SAN JOAQUIN Sheriff's Department; BARBARA GOEMAN and DOES 1-25, inclusive, individually and in their official capacity as Sheriff's Deputies for the COUNTY OF SAN JOAQUIN Sheriff's Department,<br><br>Defendants. | Case No. 2:19-cv-00233-WBS-KJN<br><br>**STIPULATION RESETTING SETTLEMENT CONFERENCE AND EXTENDING EXPERT DISCLOSURE AND REBUTTAL DEADLINES; ORDER**<br><br>Complaint Filed: February 7, 2019<br><br>Trial Date: July 7, 2021 |

1           WHEREAS, under the Court's Pretrial Scheduling Order entered on December 30, 2019, the Court set an expert disclosure deadline of September 18, 2020, rebuttal expert disclosures by October 16, 2020, a discovery cutoff of November 20, 2020, a pretrial motion cutoff of December 21, 2020, and a trial date of May 4, 2021; and

           WHEREAS, by Stipulation and Order filed on September 3, 2020, the parties agreed to allow The Honorable Kendall J. Newman to act as a settlement judge in this case and to waive disqualification of Judge Newman by virtue of his presiding over the Settlement Conference; and

           WHEREAS, by its Order issued on September 3, 2020, the Court set a settlement conference for December 14, 2020, before Judge Newman; and

           WHEREAS, on October 7, 2020, the Court entered its Memorandum and Order re Motion for Leave to File a Fourth Amended Complaint, in which the Court modified its December 30 scheduling order by (a) continuing the fact discovery cutoff by sixty days, to January 19, 2021, (b) continuing the pretrial motion cutoff to February 19, 2021, (c) scheduling a Final Pretrial Conference for May 10, 2021, and (d) continuing the trial date to July 7, 2021; and

           WHEREAS, the Court left in place the existing expert witness disclosure deadline of November 20, 2020; and

           WHEREAS, the parties believe the disclosure of expert witnesses should occur after the fact discovery cutoff, so that each side's experts may have full access to all information, deposition testimony, and documents obtained through discovery, upon which they will rely in reaching their opinions and preparing their reports; and

           WHEREAS, the parties believe a settlement conference would not be productive until after discovery is completed and experts disclosed;

           The parties hereby stipulate as follows:

           1.   The deadline for disclosure of plaintiffs' and defendants' expert witnesses may be continued from November 20, 2020, to **February 12, 2021**, with rebuttal expert disclosures by **February 26, 2021**, and close of expert discovery on **March 19, 2021**;

           2.   The settlement conference presently schedule for December 14, 2020, may be continued to **April 14, 2021**.

**3.** The trial date and all other pretrial deadlines shall remain in place.

**IT IS SO STIPULATED**

Dated: October 23, 2020                            BURKE, WILLIAMS & SORENSEN, LLP

                                                   By: */s/ Gregory R. Aker*
                                                       Gregory R. Aker

                                                   Attorneys for Defendants COUNTY OF SAN
                                                   JOAQUIN, STEVEN BAXTER, MATTHEW
                                                   FELBER, CHUE VANG, JASON
                                                   ROHDENBURG and BARBARA GOEMAN

Dated: October 23, 2020                            LAW OFFICES OF JOHN L. BURRIS

                                                   By: */s/ DeWitt M. Lacy*
                                                       Dewitt M. Lacy

                                                   Attorneys for Plaintiffs
                                                   CINDY M. ALEJANDRE and
                                                   DAVID GONZALEZ II

Under Eastern District of California Civil Local Rule 131(e) (Fed. R. Civ. P. 7), I attest that I obtained concurrence in the filing of this document from all of the above signatories.

Dated: October 23, 2020                            BURKE, WILLIAMS & SORENSEN, LLP

                                                   By: */s/ Gregory R. Aker*
                                                       Gregory R. Aker

                                                   Attorneys for Defendants COUNTY OF SAN
                                                   JOAQUIN, STEVEN BAXTER, MATTHEW
                                                   FELBER, CHUE VANG, JASON
                                                   ROHDENBURG and BARBARA GOEMAN

**ORDER**

The Court has considered the parties' Stipulation Resetting Settlement Conference and Extending Expert Disclosure and Discovery Deadlines. The Court hereby orders as follows:

1. The deadline for disclosure of expert witnesses is continued from November 20, 2020, to **February 12, 2021**, with rebuttal reports to be served by **February 26, 2021**, and expert discovery to close on **March 19, 2021**.

2. The existing Settlement Conference date of December 14, 2020, is continued to **April 14, 2021**, in Courtroom 25 of the Robert T. Matsui United States Courthouse, 501 I Street, Sacramento, before Hon. Kendall J. Newman. The parties are instructed to have a principal with full settlement authority present for the settlement conference or to be fully authorized to settle the matter on any terms. The individual with full settlement authority to settle must also have unfettered discretion and authority to change the settlement position of the party, if appropriate. The purpose behind requiring attendance of a person with full settlement authority is that the parties view of the case may be altered during the face to face conference. An authorization to settle for a limited dollar amount or sum certain can be found not to comply with the requirement of full authority to settle. The parties are directed to exchange non-confidential settlement conference statements seven days prior to the settlement conference. These statements shall be simultaneously delivered to the Court using the following email address: kjnorders@caed.uscourts.gov. These statements should not be filed on the case docket. However, each party shall e-file a one-page document entitled "Notice of Submission of Confidential Settlement Conference Statement." If the settlement judge is not the trial judge, the Confidential Settlement Conference Statement shall not be disclosed to the trial judge. If a party desires to share additional confidential information with the Court, they may do so pursuant to the provisions of Local Rule 270(d) and (e). Parties shall file their waivers of disqualification no later than seven days prior to the date of the settlement conference.

3. The trial date and all other pretrial deadlines shall remain in place.

1  **IT IS SO ORDERED.**

2  Dated:  October 27, 2020

3
4  _____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE