1  Gregory B. Thomas (SBN 239870)
   E-mail: gthomas@bwslaw.com
2  Gregory R. Aker (SNB 104171)
   E-mail: gaker@bwslaw.com
3  Michael A. Slater (SBN 318899)
   E-mail: mslater@bwslaw.com
4  BURKE, WILLIAMS & SORENSEN, LLP
   1901 Harrison Street, Suite 900
5  Oakland, CA  94612-3501
   Tel:  510.273.8780   Fax:  510.839.9104
6
7  Attorneys for Defendants COUNTY OF SAN
   JOAQUIN, STEVEN BAXTER, MATTHEW
   FELBER, CHUE VANG, JASON ROHDENBURG
8  and BARBARA GOEMAN (collectively "SAN
   JOAQUIN COUNTY DEFENDANTS")
9
                  UNITED STATES DISTRICT COURT
10
                  EASTERN DISTRICT OF CALIFORNIA
11

12  CINDY M. ALEJANDRE; and DAVID          Case No.   2:19-cv-00233-WBS-KJN
    GONZALEZ II as Co-Successors-in-Interest
13  to Decedent David Gonzalez III,        **STIPULATION REGARDING MENTAL**
                                           **EXAMINATION OF PLAINTIFF CINDY**
14                                         **ALEJANDRE PURSUANT TO F.R.C.P. 35;**
                                           **ORDER RE: MENTAL EXAMINATION**
15                Plaintiffs,
                                           Date:       January 11, 2021
16  v.                                     Time:       9:30 a.m.
                                           Place:      Golden State Reporting & Video
17  COUNTY OF SAN JOAQUIN, a                           1776 West March Lane, Suite 320
    municipal corporation; STEVEN                      Stockton California 95207
18  BAXTER, individually and in his capacity           (209) 466-2900
    as a Sheriff's deputy for the COUNTY OF
19  SAN JOAQUIN Sheriff's Department;
    MATTHEW FELBER, individually and in
20  his capacity as a Sheriff's deputy for the Complaint Filed:  February 7, 2019
    COUNTY OF SAN JOAQUIN Sheriff's     Trial Date:       May 4, 2021
21  Department; CHUE VANG, individually
    and in his capacity as a Sheriff's deputy for
22  the COUNTY OF SAN JOAQUIN
    Sheriff's Department; JASON
23  ROHDENBURG, individually and in his
    capacity as a Sheriff's deputy for the
24  COUNTY OF SAN JOAQUIN Sheriff's
    Department; BARBARA GOEMAN and
25  DOES 1-25, inclusive, individually and in
    their official capacity as Sheriff's Deputies
26  for the COUNTY OF SAN JOAQUIN
    Sheriff's Department,
27
                  Defendants.
28

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Oakland

OAK #4825-5114-3886 v1

**IT IS HEREBY STIPULATED** by and between Plaintiff CINDY ALEJANDRE ("Plaintiff") and Defendants COUNTY OF SAN JOAQUIN, STEVEN BAXTER, MATTHEW FELBER, CHUE VANG, JASON ROHDENBURG and BARBARA GOEMAN (collectively "SAN JOAQUIN COUNTY DEFENDANTS") (collectively "Defendants"), by and through their respective counsel, that Plaintiff will undergo a mental examination pursuant to Federal Rule of Civil Procedure ("Rule") 35.

Rule 35 permits "[t]he court where the action is pending [to] order a party whose mental . . . condition . . . is in controversy to submit to a . . . mental examination by a suitably licensed or certified examiner." Fed. R. Civ. P. 35(a)(1). "To permit such an examination, Defendant must establish that: (1) Plaintiff has placed his condition in controversy, and (2) good cause exists for the examination." *Tan v. City & County of San Francisco*, No. C 08-01564 MEJ, 2009 WL 594238, * 1 (N.D. Cal. March 4, 2009) (citing *Schlagenhauf v. Holder*, 3798 U.S. 104, 116–17 (1964)).

Plaintiff does not dispute that she has put her mental condition in controversy by claiming severe emotional distress as a result of the events giving rise to this lawsuit, and Plaintiff has stipulated to a comprehensive mental examination as follows:

1.     The date and time for the mental examination will be January 11, 2021 at 9:30 a.m. Pacific Time.

2.     The mental examination will be performed by Victor Reus, M.D., a board certified psychiatrist. Attached to this Stipulation as Exhibit "A" is a true and correct copy of Dr. Reus's Curriculum Vitae setting forth his qualifications and background.

3.     The location for the mental examination will be Golden State Reporting & Video, 1776 West March Lane, Suite 320, Stockton, CA  95207; (209) 466-2900.

4.     That the only parties present during the examination will be Plaintiff, Dr. Reus and any member of Dr. Reus's staff necessary to facilitate the examination.

5.     That Plaintiff Cindy Alejandre, Dr. Reus and any of Dr. Reus's staff will wear face coverings during the mental examination and comply with all local health orders in light of the COVID-19 pandemic.

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

OAK #4825-5114-3886 v1                                   - 2 -                          STIP RE MENTAL EXAMINATION OF PLTF
C. ALEJANDRE PURSUANT TO F.R.C.P. 35;
ORDER RE: MENTAL EXAMINATION

6.      The Comprehensive Psychiatric Examination will be performed in two parts:

       a.      An oral examination, including:

           i.      taking a complete history (Family History, Educational History, Social History, Past Medical History, Past Psychological/ Psychiatric History, Employment History, Legal History, History of the Incident, Subsequent Clinical Course and Psychological/Psychiatric Treatment)

       b.      an oral mental status examination (specific questions to assess mental functioning, mood, affect, capacity for abstraction, judgment, etc.)

       c.      the administration of two psychological test instruments:

           i.      The Hamilton Depression Rating Scale

           ii.     The Rey Memory Test

Estimated time for the Comprehensive Psychiatric Examination is four-to-five hours including an oral examination and psychological testing – depending on the examinee's pace. No one other than the examinee is entitled to be present during the examination and there will be no video or audio recording of any portion of the examination. Plaintiff is required to wear a face covering and follow all local COVID-19 regulations.

It is further stipulated that, following the examination, a copy of Dr. Reus's report related to the examination will be produced to Plaintiff's counsel as required by Rule 35.

**IT IS SO STIPULATED.**

Dated: November 19, 2020

BURKE, WILLIAMS & SORENSEN, LLP

By:  */s/ Gregory B. Thomas*
Gregory B. Thomas
Gregory R. Aker
Michael A. Slater
Attorneys for Defendants COUNTY OF
SAN JOAQUIN, STEVEN BAXTER,
MATTHEW FELBER, CHUE VANG,
JASON ROHDENBURG and BARBARA
GOEMAN

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Oakland

OAK #4825-5114-3886 v1

- 3 -

STIP RE MENTAL EXAMINATION OF PLTF
C. ALEJANDRE PURSUANT TO F.R.C.P. 35;
ORDER RE: MENTAL EXAMINATION

1    Dated:  November 19, 2020                LAW OFFICES OF JOHN L. BURRIS

2

3                                            By:  */s/ Dewitt M. Lacy*_____
                                                 John L. Burris
4                                                Dewitt M. Lacy
                                                 K. Chike Odiwe
5                                                Attorneys for Plaintiffs
                                                 CINDY M. ALEJANDRE and
6                                                DAVID GONZALEZ II

7                              **SIGNATURE ATTESTATION**

8          In accordance with Civil Local Rule 5(i)(3), I, Gregory B. Thomas, attest that I have

9    obtained concurrence in the filing of this documents from the other signatory listed above.

10

11                                           By:_  */s/ Gregory B. Thomas*_____
                                                 GREGORY B. THOMAS, ESQ.
12

13

14

15                                    **ORDER**

16         Pursuant to Plaintiff Cindy Alejandre's and Defendants' Stipulation and for good cause

17   shown, the above Stipulation is accepted, adopted and made the Order of the Court.

18   Dated:  November 23, 2020

19

20                                           _____
                                             KENDALL J. NEWMAN
21                                           UNITED STATES MAGISTRATE JUDGE

     alej.233
22

23

24

25

26

27

28

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Oakland

OAK #4825-5114-3886 v1                        - 4 -                STIP RE MENTAL EXAMINATION OF PLTF
                                                                  C. ALEJANDRE PURSUANT TO F.R.C.P. 35;
                                                                  ORDER RE: MENTAL EXAMINATION