Gregory R. Aker (SBN 104171)
E-mail: gaker@bwslaw.com
Gregory B. Thomas (SBN 239870)
E-mail: gthomas@bwslaw.com
Michael A. Slater (SBN 318899)
E-mail: mslater@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1901 Harrison Street, Suite 900
Oakland, CA 94612-3501
Tel: 510.273.8780   Fax: 510.839.9104

Attorneys for Defendants COUNTY OF SAN JOAQUIN, STEVEN BAXTER, MATTHEW FELBER, CHUE VANG, JASON ROHDENBURG and BARBARA GOEMAN (collectively "SAN JOAQUIN COUNTY DEFENDANTS")

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY M. ALEJANDRE; and DAVID GONZALEZ II as Co-Successors-in-Interest to Decedent David Gonzalez III, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SAN JOAQUIN, a municipal corporation; STEVEN BAXTER, individually and in his capacity as a Sheriff's deputy for the COUNTY OF SAN JOAQUIN Sheriff's Department; MATTHEW FELBER, individually and in his capacity as a Sheriff's deputy for the COUNTY OF SAN JOAQUIN Sheriff's Department; CHUE VANG, individually and in his capacity as a Sheriff's deputy for the COUNTY OF SAN JOAQUIN Sheriff's Department; JASON ROHDENBURG, individually and in his capacity as a Sheriff's deputy for the COUNTY OF SAN JOAQUIN Sheriff's Department; BARBARA GOEMAN and DOES 1-25, inclusive, individually and in their official capacity as Sheriff's Deputies for the COUNTY OF SAN JOAQUIN Sheriff's Department, <br><br> Defendants. | Case No.  2:19-cv-00233-WBS-KJN <br><br> **STIPULATION RESETTING CLOSE OF EXPERT DISCOVERY; ORDER** <br><br> --- <br><br> Complaint Filed:  February 7, 2019 <br><br> Trial Date:          July 7, 2021 |

1   WHEREAS, on October 27, 2020, this Court set expert disclosures for February 12, 2021; set rebuttal expert disclosures for February 26, 2021; and set the close of expert discovery for March 19, 2021. Dkt. 59.

WHEREAS, on February 12, 2021, the parties' exchanged initial expert disclosures;

WHEREAS, Plaintiffs Cindy Alejandre and David Gonzalez II (collectively, "Plaintiffs") disclosed a total of four (4) experts, including two (2) retained experts, one (1) non-retained expert and (1) "rebuttal" expert in their initial expert disclosure;

WHEREAS, Defendants County of San Joaquin, Jason Rohdenburg, Chue Vang, Barbara Goeman, Steven Baxter, Matthew Felber (collectively, the "San Joaquin County Defendants") disclosed a total of eight (8) retained and two (2) non-retained experts;

WHEREAS, the parties are meeting and conferring to coordinate mutually-agreeable times for expert deposition pursuant to Federal Rule of Civil Procedure 26(b)(4)(E)(i);

WHEREAS, the parties have scheduled some expert depositions, but not all expert depositions are presently scheduled and the parties mutually agree that due to time constraints, the availability of experts and the availability of counsel, an additional two weeks is necessary to schedule all depositions and that an extension of the expert discovery cutoff is therefore warranted;

WHEREAS, trial in this matter is scheduled for July 7 and this extension of the expert discovery cutoff will not affect the trial date or any other litigation date scheduled in this matter.

**STIPULATION**

WHEREFORE, the parties agree, hereby stipulate and respectfully request that the parties' expert discovery cutoff, presently set for March 19, 2021, be extended two weeks to April 2, 2021.

**IT IS SO STIPULATED.**

Dated:  February 26, 2021                                        BURKE, WILLIAMS & SORENSEN, LLP

By:  */s/ Gregory R. Aker*
         Gregory R. Aker

Attorneys for Defendants COUNTY OF SAN JOAQUIN, STEVEN BAXTER, MATTHEW FELBER, CHUE VANG,

JASON ROHDENBURG and BARBARA GOEMAN

Dated:  February 26, 2021                    LAW OFFICES OF JOHN L. BURRIS

By:  */s/ DeWitt M. Lacy*
   Dewitt M. Lacy

Attorneys for Plaintiffs
CINDY M. ALEJANDRE and
DAVID GONZALEZ II

Under Eastern District of California Civil Local Rule 131(e) (Fed. R. Civ. P. 7), I attest that I obtained concurrence in the filing of this document from all of the above signatories.

Dated:  February 26, 2021                    BURKE, WILLIAMS & SORENSEN, LLP

By:  */s/ Gregory R. Aker*
   Gregory R. Aker

Attorneys for Defendants COUNTY OF SAN JOAQUIN, STEVEN BAXTER, MATTHEW FELBER, CHUE VANG, JASON ROHDENBURG and BARBARA GOEMAN

### ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that the expert discovery cutoff deadline presently set for March 19, 2021, is reset to April 2, 2021.

**IT IS SO ORDERED.**

Dated:  March 1, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

alej.233