UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| CINDY M. ALEJANDRE; and DAVID GONZALEZ II as Co-Successors-in-Interest to Decedent David Gonzalez III,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN JOAQUIN, a municipal corporation; STEVEN BAXTER, individually and in his capacity as a Sheriff's deputy for the County of San Joaquin Sherriff's Department; MATTHEW FELBER, individually and in his capacity as a Sheriff's deputy for the County of San Joaquin Sheriff's Department; CHUE VANG, individually and in his capacity as a Sheriff's deputy for the County of San Joaquin Sherriff's Department; JASON RHODENBURG, individually and in his capacity as a Sheriff's deputy for the County of San Joaquin Sheriff's Department; BARBARA GOEMAN and DOES 1-25, inclusive, individually and in their official capacity as Sheriff's Deputies for the County of San Joaquin Sheriff's Department,<br><br>Defendants. | No. 2:19-cv-00233-WBS-KJN<br><br>ORDER |

----oo0oo----

1

Before the court is defendants' Bill of Costs filed May 4, 2021. (Docket No. 81.) In the court's discretion, and in light of plaintiffs' very limited financial means, the potential chilling effect of imposing such high costs on future civil rights litigants, and the lack of any indication that this case was brought in bad faith, the court declines to award costs to defendants. See Stanley v. Univ. of S. Cal., 178 F. 3d 1069, 1079-80 (9th Cir. 1999); see also Ass'n of Mexican-American Educators v. State of California, 231 F.3d 572, 592 (9th Cir. 2000) (en banc).

            IT IS SO ORDERED.

Dated: May 27, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE